LAW OFFICES OF JAMES J. STONE
A Law Corporation

JAMES J. STONE          1949-0
Davies Pacific Center
841 Bishop Street, Suite 1711
Honolulu, Hawaii 96813
Telephone:   (808) 521-4566

Attorneys Defendant
ALL ISLANDS, INC. a Hawai'i Corporation
dba CENTURY 21 ALL ISLANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PETER K. TERUYA,<br><br>          Plaintiff,<br>     vs.<br><br>PRICILLA D. SHAW; A & A SERVICES, LLC, a Hawai'i Limited Liability Company; WALTER CHUNG; CY TAXI LEASING, INC., a Hawai'i Corporation, dba KAPOLEI AUTO RECYCLING; JERRY GIORDANO, individually and dba GIODANO'S PAINTING; IVORY TRANSPORT AND EQUIPMENT RENTALS, LLC, a Hawaii Limited Liability Company; HAWK TRANSPORT SERVICES, LLC. A Hawai'i Limited Liability Company; FRANK COLUCCIO CONSTRUCTION COMPANY,  a Washington Corporation; FREDRICK W. JACOBS; LINDA L. NICHOLS; DIANE FUJIKAMI; WELA KALHOEFER; ALL ISLANDS, INC. a Hawai'i Corporation dba CENTURY 21 ALL ISLANDS; JOHN DOES 1-20; JANE DOES 1-20; and DOE ENTITIES 1-20,<br><br>          Defendants. | CIVIL NO. CV10 00282 JMS KSC (Other)<br><br>FIRST STIPULATION AMONG PARTIES FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT FILED MAY 12, 2010; EXHIBIT "1"; ORDER |

STIPULATION AMONG PARTIES; ORDER

IT IS HEREBY STIPULATED AND AGREED by and between named Plaintiff PETER K. TERUYA (hereinafter "PLAINTIFF") and Defendant ALL ISLANDS, INC. a Hawai'i Corporation dba CENTURY 21 ALL ISLANDS (herein "ALL ISLANDS") in this action, by and through their respective counsel, and subject to approval of this court:

(1) ALL ISLANDS be granted an extension up until and including July 13, 2010 to respond to the Complaint filed on May 12, 2010. A true and correct copy of our June 8, 2010 confirmation letter is attached hereto as Exhibit "1".

DATED:  Honolulu, Hawaii, June 10, 2010.

                          /S/
                     LISA A. BAIL
                     CARLY MINNER-COLE

                     Attorney for Plaintiff
                     PETER K. TERUYA

                          /S/
                     JAMES J. STONE

                     Attorneys Defendant
                     ALL ISLANDS, INC. a Hawai'i Corporation
                     dba CENTURY 21 ALL ISLANDS

APPROVED AND SO ORDERED:



                     Kevin S.C. Chang
                     United States Magistrate Judge

---

PETER K. TERUYA vs. PRICILLA D. SHAW, et al; CIVIL NO. CV10 00282 JMS KSC; FIRST STIPULATION AMONG PARTIES FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT FILED May 12, 2010; ORDER