Law Offices of Craig K. Furusho

CRAIG K. FURUSHO   1966
Charles R. Kendall Building
888 Mililani Street, Suite 300
Honolulu, Hawaii  96813
Telephone:  536-7733

Attorney for Defendant
PRISCILLA SAHW
E:\CLIENTS\SHAW\TERUYA\Ans Cross Claim.doc

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER K. TERUYA, <br><br> Plaintiff, <br><br> vs. <br><br> PRISCILLA D. SHAW; A & A SERVICES, LLC, a Hawai'i Limited Liability Company; WALTER CHUNG; CY TAXI LEASING, INC. a Hawai'i Corporation, dba KAPIOLEI AUTO RECYCLING; JERRY GIORDANO, individually and dba GIORDANO'S PAINTING; IVORY TRANSPORT AND EQUIPMENT RENTALS, LLC, a Hawai'i Limited Liability Company; HAWK TRANSPORT SERVICES, LLC., a Hawaii Limited Liability Company; FRANK COLUCCIO CONSTRUCTION COMPANY, a Washington Corporation; FREDERICK W. JACOBS; LINDA L. NICHOLS; DIANE FUJIKAMI; | CIVIL NO. CV10 00282 JMS/KSC <br> (Other) <br><br> **ERRATUM TO DEFENDANTS PRISCILLA D. SHAW and A & A SERVICES, LLC'S ANSWER TO COMPLAINT FILED MAY 12, 2010, FILED JUNE 21, 2010; CERTIFICATE OF SERVICE** |

| | |
|---|---|
| WELA KALHOEFER; ALL ISLANDS, INC., a Hawai'i Corporation dba CENTURY 21 ALL ISLANDS; JOHN DOES 1-20; JANE DOES 1-20; and DOE ENTITIES 1-20,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ERRATUM TO DEFENDANTS PRISCILLA D. SHAW and A & A SERVICES, LLC'S ANSWER TO COMPLAINT FILED MAY 12, 2010, FILED JUNE 21, 2010

COMES NOW Defendants PRISCILLA A. SHAW and A & A SERVICES, LLC, by and through their attorney, Craig K. Furusho, and hereby amend their Answer to Complaint filed on June 21, 2010 as follows:

**DEFENDANTS PRISCILLA D. SHAW and A & A SERVICES, LLC'S ANSWER TO COMPLAINT FILED MAY 12, 2010; CERTIFICATE OF SERVICE**

DATED: Honolulu, Hawaii, June 21, 2010.

        /s/ Craig K. Furusho
        CRAIG K. FURUSHO
        Attorney for Defendants
        PRISCILLA D. SHAW and A & A SERVICES, LLC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER K. TERUYA,<br><br>                Plaintiff,<br><br>   vs.<br><br>PRISCILLA D. SHAW; A & A SERVICES, LLC, a Hawai'i Limited Liability Company; WALTER CHUNG; CY TAXI LEASING, INC. a Hawai'i Corporation, dba KAPIOLEI AUTO RECYCLING; JERRY GIORDANO, individually and dba GIORDANO'S PAINTING; IVORY TRANSPORT AND EQUIPMENT RENTALS, LLC, a Hawai'i Limited Liability Company; HAWK TRANSPORT SERVICES, LLC., a Hawaii Limited Liability Company; FRANK COLUCCIO CONSTRUCTION COMPANY, a Washington Corporation; FREDERICK W. JACOBS; LINDA L. NICHOLS; DIANE FUJIKAMI; WELA KALHOEFER; ALL ISLANDS, ICN., a Hawai'i Corporation dba CENTURY 21 ALL ISLANDS; JOHN DOES 1-20; JANE DOES 1-20; and DOE ENTITIES 1-20,<br><br>                Defendants. | CIVIL NO. CV10 00282 JMS/KSC<br>(Other)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| LISA A. BAIL | lbail@goodsill.com | 6/21/10 |
| CARLY Y. MINNER-COLE | cminner@goodsill.com | 6/21/10 |

Attorneys for Plaintiff
PETER K. TERUYA

| | | |
|---|---|---|
| JOHN Y. U. CHOI | johnchoi@hawaii.rr.com | 6/21/10 |

Attorney for Defendant
WALTER CHUNG and CY TAXI LEASING, INC dba
KAPIOLEI AUTO RECYCLING

| | | |
|---|---|---|
| JAMES J. STONE | jstone@nulaw.net | 6/21/10 |

Attorney for Defendant
ALL ISLANDS, INC., a Hawai'i Corporation dba
CENTURY 21 ALL ISLANDS

DATED: Honolulu, Hawaii, June 21, 2010.

/s/ Craig K. Furusho
CRAIG K. FURUSHO
Attorney for Defendants
PRISCILLA D. SHAW and A & A SERVICES, LLC.