Law Offices of Craig K. Furusho

CRAIG K. FURUSHO    1966
Charles R. Kendall Building
888 Mililani Street, Suite 300
Honolulu, Hawaii  96813
Telephone:  536-7733

Attorney for Defendant
PRISCILLA SAHW
E:\CLIENTS\SHAW\TERUYA\Disclosure.doc

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER K. TERUYA,<br><br>Plaintiff,<br><br>vs.<br><br>PRISCILLA D. SHAW; A & A SERVICES, LLC, a Hawai'i Limited Liability Company; WALTER CHUNG; CY TAXI LEASING, INC. a Hawai'i Corporation, dba KAPIOLEI AUTO RECYCLING; JERRY GIORDANO, individually and dba GIORDANO'S PAINTING; IVORY TRANSPORT AND EQUIPMENT RENTALS, LLC, a Hawai'i Limited Liability Company; HAWK TRANSPORT SERVICES, LLC., a Hawaii Limited Liability Company; FRANK COLUCCIO CONSTRUCTION COMPANY, a Washington Corporation; FREDERICK W. JACOBS; LINDA L. NICHOLS; DIANE FUJIKAMI; | CIVIL NO. CV10 00282 JMS/KSC (Other)<br><br>**DEFENDANT A & A SERVICES, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1; CERTIFICATE OF SERVICE** |

WELA KALHOEFER; ALL                )
ISLANDS, INC., a Hawai'i           )
Corporation dba CENTURY 21 ALL     )
ISLANDS; JOHN DOES 1-20; JANE      )
DOES 1-20; and DOE ENTITIES 1-     )
20,                                )
                                   )
            Defendants.            )
_____ )

## DEFENDANT A & A SERVICES, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1

Defendant A & A SERVICES, LLC makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

A & A Services, LLC does not have a parent corporation nor does it have any publicly held corporation that owns 10% or more of its stock.

DATED:  Honolulu, Hawaii, June 25, 2010.


                        /s/ Craig K. Furusho
                        CRAIG K. FURUSHO
                        Attorney for Defendants
                        PRISCILLA D. SHAW and A & A
                        SERVICES, LLC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER K. TERUYA, | ) CIVIL NO. CV10 00282 JMS/KSC |
| | ) (Other) |
| Plaintiff, | ) |
| | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| | ) |
| PRISCILLA D. SHAW; A & A | ) |
| SERVICES, LLC, a Hawai'i Limited | ) |
| Liability Company; WALTER | ) |
| CHUNG; CY TAXI LEASING, INC. | ) |
| a Hawai'i Corporation, dba | ) |
| KAPIOLEI AUTO RECYCLING; | ) |
| JERRY GIORDANO, individually | ) |
| and dba GIORDANO'S PAINTING; | ) |
| IVORY TRANSPORT AND | ) |
| EQUIPMENT RENTALS, LLC, a | ) |
| Hawai'i Limited Liability Company; | ) |
| HAWK TRANSPORT SERVICES, | ) |
| LLC., a Hawaii Limited Liability | ) |
| Company; FRANK COLUCCIO | ) |
| CONSTRUCTION COMPANY, a | ) |
| Washington Corporation; | ) |
| FREDERICK W. JACOBS; LINDA | ) |
| L. NICHOLS; DIANE FUJIKAMI; | ) |
| WELA KALHOEFER; ALL | ) |
| ISLANDS, ICN., a Hawai'i | ) |
| Corporation dba CENTURY 21 ALL | ) |
| ISLANDS; JOHN DOES 1-20; JANE | ) |
| DOES 1-20; and DOE ENTITIES 1- | ) |
| 20, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below,

a true and correct copy of the foregoing was served on the following at their last

known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| LISA A. BAIL | lbail@goodsill.com | 6/21/10 |
| CARLY Y. MINNER-COLE | cminner@goodsill.com | 6/21/10 |

Attorneys for Plaintiff
PETER K. TERUYA

| | | |
|---|---|---|
| JOHN Y. U. CHOI | johnchoi@hawaii.rr.com | 6/21/10 |

Attorney for Defendant
WALTER CHUNG and CY TAXI LEASING, INC dba
KAPIOLEI AUTO RECYCLING

| | | |
|---|---|---|
| JAMES J. STONE | jstone@nulaw.net | 6/21/10 |

Attorney for Defendant
ALL ISLANDS, INC., a Hawai'i Corporation dba
CENTURY 21 ALL ISLANDS

DATED:  Honolulu, Hawaii, June 25, 2010.


/s/ Craig K. Furusho
CRAIG K. FURUSHO
Attorney for Defendants
PRISCILLA  D.  SHAW  and  A  &  A
SERVICES, LLC.

2