Law Offices of Craig K. Furusho

CRAIG K. FURUSHO    1966
Charles R. Kendall Building
888 Mililani Street, Suite 300
Honolulu, Hawaii  96813
Telephone:  536-7733

Attorney for Defendant
PRISCILLA SAHW
E:\CLIENTS\SHAW\TERUYA\Cross Claim.docx

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER K. TERUYA,<br><br>                Plaintiff,<br><br>        vs.<br><br>PRISCILLA D. SHAW; A & A SERVICES, LLC, a Hawai'i Limited Liability Company; WALTER CHUNG; CY TAXI LEASING, INC. a Hawai'i Corporation, dba KAPIOLEI AUTO RECYCLING; JERRY GIORDANO, individually and dba GIORDANO'S PAINTING; IVORY TRANSPORT AND EQUIPMENT RENTALS, LLC, a Hawai'i Limited Liability Company; HAWK TRANSPORT SERVICES, LLC., a Hawaii Limited Liability Company; FRANK COLUCCIO CONSTRUCTION COMPANY, a Washington Corporation; FREDERICK W. JACOBS; LINDA L. NICHOLS; DIANE FUJIKAMI; | CIVIL NO. CV10 00282 JMS/KSC<br>(Other)<br><br>**DEFENDANTS PRISCILLA D. SHAW and A & A SERVICES, LLC.S' CROSS-CLAIM AGAINST DEFENDANTS WALTER CHUNG; CY TAXI LEASING, INC. dba KAPOLEI AUTO RECYCLING; JERRY GIODANO, Individually and dba GIORDANO'S PAINTING; IVORY TRANSPORT AND EQUIPMENT RENTALS, LLC; HAW TRANSPORT SERVICES, LLC; FRANK COLUCCIO CONSTRUCTION COMPANY; FREDERICK W. JACOBS; LINDA L. NICHOLS; DIANE FUJIKAMI; WELA KALHOEFER; and ALL ISLANDS, INC. dba CENTURY 21 ALL ISLANDS; CERTIFICATE OF SERVICE**<br><br>No Trial Date Set |

| | |
|---|---|
| WELA KALHOEFER; ALL ISLANDS, INC., a Hawai'i Corporation dba CENTURY 21 ALL ISLANDS; JOHN DOES 1-20; JANE DOES 1-20; and DOE ENTITIES 1-20, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS PRISCILLA D. SHAW and A & A SERVICES, LLC.S' CROSS-CLAIM AGAINST DEFENDANTS WALTER CHUNG; CY TAXI LEASING, INC. dba KAPOLEI AUTO RECYCLING; JERRY GIODANO, Individually and dba GIORDANO'S PAINTING; IVORY TRANSPORT AND EQUIPMENT RENTALS, LLC; HAW TRANSPORT SERVICES, LLC; FRANK COLUCCIO CONSTRUCTION COMPANY; FREDERICK W. JACOBS; LINDA L. NICHOLS; DIANE FUJIKAMI; WELA KALHOEFER; and ALL ISLANDS, INC. dba CENTURY 21 ALL ISLANDS**

Defendants PRISCILLA D. SHAW and A & A SERVICES, LLC, for their Cross-Claim against Defendants WALTER CHUNG; CY TAXI LEASING, INC. dba KAPIOLEI AUTO RECYCLING; JERRY GIORDANO, individually and dba GIORDANO'S PAINTING; IVORY TRANSPORT AND EQUIPMENT RENTALS, LLC; HAWK TRANSPORT SERVICES, LLC; FRANK COLUCCIO CONSTRUCTION COMPANY; FREDERICK W. JACOBS; LINDA L. NICHOLS; DIANE FUJIKAMI; WELA KALHOEFER; ALL ISLANDS, INC. dba CENTURY 21 ALL ISLANDS ("Cross-Claim Defendants"), state:

1. Plaintiff Peter K. Teruya has filed a Complaint on May 12, 2010.

2. Defendants Priscilla D. Shaw and A & A Services, LLC did not engage in any acts or omissions which in any way caused or contributed to the injuries and damages alleged by the Plaintiffs.

3. If Defendants Priscilla D. Shaw and A & A Services, LLC engaged in any acts or omissions which in any way caused or contributed to the Plaintiff's alleged injuries and damages, such conduct was passive or secondary and was not a proximate or legal cause of such injuries and damages.

4. If Plaintiff suffered any injuries or damages as alleged, such injuries or damages were caused by the negligence, failure to warn, strict liability, breach of duty and/or other wrongful acts or omissions on the part of Cross-Claim Defendants and not by Defendants Priscilla D. Shaw and A & A Services, LLC.

5. If any judgment is recovered against Defendants Priscilla D. Shaw and A & A Services, LLC, such damages, costs, expenses and attorney's fees will have been caused by Cross-Claim Defendants for which Defendants Priscilla D. Shaw and A & A Services, LLC are entitled to indemnification, contribution, subrogation and/or reimbursement from Cross-Defendants for the entire amount of such judgment, together with expenses, costs and reasonable attorney's fees.

WHEREFORE, Defendants Priscilla D. Shaw and A & A Services, LLC pray for relief as follows:

1. That if Plaintiff is entitled to judgment or any other relief, such judgment or other relief be rendered against Cross-Claim Defendants and not against Defendants Priscilla D. Shaw and A & A Services, LLC.

2. That if it be determined that Plaintiff is entitled to judgment against Defendants Priscilla D. Shaw and A & A Services, LLC, that Defendants Priscilla D. Shaw and A & A Services, LLC have judgment over and against Cross-Claim Defendants, for the full amount of any such judgment or other relief awarded to Plaintiff together with reasonable attorney's fees, costs and expenses of suit.

3. That if it be determined that Defendants Priscilla D. Shaw and A & A Services, LLC are a joint tortfeasor or otherwise a co-obligor for damage or relief, if any, to the Plaintiff, then the allocation of fault of Defendants Priscilla D. Shaw and A & A Services, LLC and Cross-Claim Defendants be determined and Defendants Priscilla D. Shaw and A & A Services, LLC have judgment against Cross-Claim Defendants for any excess which may be paid by Defendants Priscilla D. Shaw and A & A Services, LLC over and above their allocated share of any such judgment or relief, if any.

4. That Defendants Priscilla D. Shaw and A & A Services, LLC has judgment over and against Cross-Claim Defendants for indemnification, contribution, subrogation and/or reimbursement.

5. That the Court award Defendants Priscilla D. Shaw and A & A Services, LLC their costs, expenses and attorney's fees.

6. That the Court order such other and further relief as it may deem just in the premises.

DATED: Honolulu, Hawaii, July 22, 2010.

/s/ Craig K. Furusho
CRAIG K. FURUSHO
Attorney for Defendants
PRISCILLA D. SHAW and A & A
SERVICES, LLC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER K. TERUYA, ) | CIVIL NO. CV10 00282 JMS/KSC |
| ) | (Other) |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| ) | |
| PRISCILLA D. SHAW; A & A ) | |
| SERVICES, LLC, a Hawai'i Limited ) | |
| Liability Company; WALTER ) | |
| CHUNG; CY TAXI LEASING, INC. ) | |
| a Hawai'i Corporation, dba ) | |
| KAPIOLEI AUTO RECYCLING; ) | |
| JERRY GIORDANO, individually ) | |
| and dba GIORDANO'S PAINTING; ) | |
| IVORY TRANSPORT AND ) | |
| EQUIPMENT RENTALS, LLC, a ) | |
| Hawai'i Limited Liability Company; ) | |
| HAWK TRANSPORT SERVICES, ) | |
| LLC., a Hawaii Limited Liability ) | |
| Company; FRANK COLUCCIO ) | |
| CONSTRUCTION COMPANY, a ) | |
| Washington Corporation; ) | |
| FREDERICK W. JACOBS; LINDA ) | |
| L. NICHOLS; DIANE FUJIKAMI; ) | |
| WELA KALHOEFER; ALL ) | |
| ISLANDS, ICN., a Hawai'i ) | |
| Corporation dba CENTURY 21 ALL ) | |
| ISLANDS; JOHN DOES 1-20; JANE ) | |
| DOES 1-20; and DOE ENTITIES 1- ) | |
| 20, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| LISA A. BAIL | lbail@goodsill.com | 6/21/10 |
| CARLY Y. MINNER-COLE | cminner@goodsill.com | 6/21/10 |

Attorneys for Plaintiff
PETER K. TERUYA

| | | |
|---|---|---|
| JAMES J. STONE | jstone@nulaw.net | 6/21/10 |

Attorney for Defendant
ALL ISLANDS, INC., a Hawai'i Corporation dba
CENTURY 21 ALL ISLANDS

| | |
|---|---|
| ARTHUR F. ROECA | aroeca@rlhlaw.com |
| JODIE D. ROECA | jroeca@rlhlaw.com |

Attorneys for Defendant
FRANK COLLUCIO CONSTRUCTION COMPANY

| | |
|---|---|
| GEORGE W. PLAYDON, JR. | gwp@opglaw.com |
| R. AARON CREPS | rac@opglaw.com |

Attorneys for Defendant
HAWK TRANSPORT SERVICES, LLC

2

Served by Hand Delivery:

JOHN Y. U. CHOI
Auto Accident Law Center
733 Bishop Street, Ste. 2390
Honolulu, Hawaii 96813

Attorney for Defendant
WALTER CHUNG and CY TAXI LEASING, INC dba
KAPIOLEI AUTO RECYCLING

DATED:  Honolulu, Hawaii, July 22, 2010.

                          /s/ Craig K. Furusho
                          CRAIG K. FURUSHO
                          Attorney for Defendants
                          PRISCILLA D. SHAW and A & A
                          SERVICES, LLC.