Law Offices of Craig K. Furusho

CRAIG K. FURUSHO   1966
Charles R. Kendall Building
888 Mililani Street, Suite 300
Honolulu, Hawaii  96813
Telephone:  536-7733

Attorney for Defendant
PRISCILLA SHAW
E:\CLIENTS\SHAW\TERUYA\Ans Hawk Crossclaim.doc

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER K. TERUYA, | CIVIL NO. CV10 00282 JMS/KSC )<br>(Other) ) |
| Plaintiff, | ) |
| vs. | **DEFENDANTS PRISCILLA D.**<br>**SHAW and A & A SERVICES,**<br>**LLC'S ANSWER TO** |
| PRISCILLA D. SHAW; A & A<br>SERVICES, LLC, a Hawai'i Limited<br>Liability Company; WALTER<br>CHUNG; CY TAXI LEASING, INC.<br>a Hawai'i Corporation, dba<br>KAPIOLEI AUTO RECYCLING;<br>JERRY GIORDANO, individually<br>and dba GIORDANO'S<br>PAINTING; IVORY TRANSPORT<br>AND EQUIPMENT RENTALS,<br>LLC, a Hawai'i Limited Liability<br>Company; HAWK TRANSPORT<br>SERVICES, LLC., a Hawaii<br>Limited Liability Company;<br>FRANK COLUCCIO<br>CONSTRUCTION COMPANY, a<br>Washington Corporation;<br>FREDERICK W. JACOBS; LINDA<br>L. NICHOLS; DIANE FUJIKAMI; | **DEFENDANT HAWK**<br>**TRANSPORT SERVICES,**<br>**LLC'S CROSS-CLAIM**<br>**AGAINST ALL DEFENDANTS**<br>**FILED JULY 13, 2010;**<br>**CERTIFICATE OF SERVICE** |

WELA KALHOEFER; ALL          )
ISLANDS, INC., a Hawai'i     )
Corporation dba CENTURY 21   )
ALL ISLANDS; JOHN DOES 1-20; )
JANE DOES 1-20; and DOE      )
ENTITIES 1-20,               )
                             )
                  Defendants. )
_____  )

## DEFENDANTS PRISCILLA D. SHAW and A & A SERVICES, LLC'S ANSWER TO DEFENDANT HAWK TRANSPORT SERVICES, LLC'S CROSS-CLAIM AGAINST ALL DEFENDANTS FILED JULY 13, 2010

Defendants Priscilla D. Shaw and A & A Services, LLC, in response to Defendant Hawk Transport Services, LLC's Cross-Claim against all Defendants filed on July 13, 2010, state:

1.      The Cross-Claim fails to state a claim upon which relief can be granted.

2.      The allegations of Paragraph 1 are admitted although to the extent the allegations of the Complaint filed by Plaintiff Teruya on May 12, 2010 are incorporated by reference, Defendants Shaw and A & A Services, LLC incorporate by reference their answers to the Teruya Complaint.

3.      In response to the allegations of Paragraphs 2, 3, 4 and 5, Defendants Shaw and A & A Services, LLC deny the allegations as applied

to them but are without knowledge sufficient to form a belief as to the truth

of the remaining allegations and therefore deny the same.

DATED:  Honolulu, Hawaii, August 3, 2010.


/s/ Craig K. Furusho
CRAIG K. FURUSHO
Attorney for Defendants
PRISCILLA D. SHAW and A & A
SERVICES, LLC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER K. TERUYA,<br><br>                 Plaintiff,<br><br>   vs.<br><br>PRISCILLA D. SHAW; A & A SERVICES, LLC, a Hawai'i Limited Liability Company; WALTER CHUNG; CY TAXI LEASING, INC. a Hawai'i Corporation, dba KAPIOLEI AUTO RECYCLING; JERRY GIORDANO, individually and dba GIORDANO'S PAINTING; IVORY TRANSPORT AND EQUIPMENT RENTALS, LLC, a Hawai'i Limited Liability Company; HAWK TRANSPORT SERVICES, LLC., a Hawaii Limited Liability Company; FRANK COLUCCIO CONSTRUCTION COMPANY, a Washington Corporation; FREDERICK W. JACOBS; LINDA L. NICHOLS; DIANE FUJIKAMI; WELA KALHOEFER; ALL ISLANDS, INC., a Hawai'i Corporation dba CENTURY 21 ALL ISLANDS; JOHN DOES 1-20; JANE DOES 1-20; and DOE ENTITIES 1-20,<br><br>                 Defendants. | CIVIL NO. CV10 00282 JMS/KSC<br>(Other)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| LISA A. BAIL | lbail@goodsill.com | 8/2/10 |
| CARLY Y. MINNER-COLE | cminner@goodsill.com | 8/2/10 |

Attorneys for Plaintiff
PETER K. TERUYA

| JAMES J. STONE | jstone@nulaw.net | 8/2/10 |

Attorney for Defendant
ALL ISLANDS, INC., a Hawai'i Corporation dba
CENTURY 21 ALL ISLANDS

| ARTHUR F. ROECA | aroeca@rlhlaw.com | 8/2/10 |
| JODIE D. ROECA | jroeca@rlhlaw.com | 8/2/10 |

Attorneys for Defendant
FRANK COLLUCIO CONSTRUCTION COMPANY

| GEORGE W. PLAYDON, JR. | gwp@opglaw.com | 8/2/10 |
| R. AARON CREPS | rac@opglaw.com | 8/2/10 |

Attorneys for Defendant
HAWK TRANSPORT SERVICES, LLC

2

Served by Hand Delivery:

JOHN Y. U. CHOI
Auto Accident Law Center
733 Bishop Street, Ste. 2390
Honolulu, Hawaii 96813

Attorney for Defendant
WALTER CHUNG and CY TAXI LEASING, INC dba
KAPIOLEI AUTO RECYCLING

DATED:  Honolulu, Hawaii, August 3, 2010.


/s/ Craig K. Furusho
CRAIG K. FURUSHO
Attorney for Defendants
PRISCILLA D. SHAW and A & A
SERVICES, LLC.

3